ACOSTA, PETICIONARIO–APELANTE, *v.* TOLLINCHI, JUEZ MUNICIPAL DE LARES, DEMANDADO, Y ESTRADA, OPOSITORA APELADA.

APELACIÓN procedente de la Corte de Distrito de Aguadilla en un recurso de *certiorari.*

No. 2352.—Resuelto en junio 13, 1921.

APELACIÓN DE ORDEN ANULANDO AUTO DE CERTIORARI CONTRA CORTES MUNICIPALES—TRANSCRIPCIÓN INCOMPLETA.—Cuando se apela de una resolución de la corte de distrito anulando un auto de *certiorari* expedido para revisar procedimientos de una corte municipal, es necesario que éstos consten en el *transcript* de la apelación, sin cuyo requisito el Tribunal Supremo no está en condiciones de resolver que la resolución apelada era errónea.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. B. Esteves.*

Abogado de la Interventora y apelada: *Sr. J. D. Rodríguez.*

El Juez demandado no compareció.

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

A petición de Arturo Acosta Abreu la Corte de Distrito de Aguadilla expidió un auto de *certiorari* contra el Juez Municipal de Lares por sus actuaciones en el pleito de Francisco Canabal contra María Luisa Estrada en cobro de pesos y dispuso que le remitiera las diligencias originales de dicho pleito. Recibidas éstas en la corte de distrito tuvo lugar ante ella la vista de la petición de *certiorari* en la que María Luisa Estrada solicitó que fuera anulado el auto librado

y la corte dictó sentencia anulándolo y disponiendo que el pleito fuera devuelto a la Corte Municipal de Lares.

De esta sentencia apeló para ante nosotros Acosta Abreu y para sostener su recurso nos ha presentado una transcripción de los autos de la corte inferior en la que no se hallan las actuaciones del pleito de Canabal contra Estrada objeto del procedimiento de *certiorari,* actuaciones que son necesarias en este recurso de apelación porque sin ellas no estamos en condiciones de decidir que la resolución apelada sea errónea, como sostiene el apelante, toda vez que debemos suponer que la corte de distrito anuló el auto de *certiorari* que había librado porque no encontró justificadas en las diligencias del pleito las alegaciones que había hecho Acosta Abreu en su petición. Que tales diligencias nos son necesarias para poder declarar que la resolución apelada es errónea lo ha reconocido tácitamente el mismo apelante cuando nos pidió en este recurso que ordenásemos al secretario de la Corte Municipal de Lares que nos remitiera originales las diligencias de dicho pleito, que le habían sido devueltas, petición que le negamos pues no era la forma de traer ante nosotros las constancias de dicho pleito.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.